**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SUSET LUGO,

        Plaintiff,

v.                                                 Case No:   6:22-cv-37-GAP-DCI

SCOTTSDALE INSURANCE
COMPANY

        Defendant.

---

**ORDER**

This case is before the Court *sua sponte*. On January 31, 2022, this Court entered an order (Doc. 12) directing Plaintiff to show cause why this case should not be dismissed for failure to prosecute for failure to file the documents directed in the initial case order (Doc. 4)[1]. To date, neither a response to the order to show cause nor the initial case documents have been filed. Therefore, it is

**ORDERED** that this case is **DISMISSED** without prejudice for failure to

---

[1] Plaintiff's counsel did not receive notice of the filings on their entry date due to an address input error made by the Clerk's office. However, the Clerk's office emailed all orders to counsel on February 23, 2022, after my paralegal confirmed with counsel's office staff the email was correct and informed counsel's staff that the orders would be forthcoming.

prosecute. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 16, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party